IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1) James Robertson, on Behalf of Himself and<br>2) All Others Similarly Situated,<br><br>          Plaintiff,<br><br>v.<br><br>1) Colburn Electric, LLC (a/k/a Colburn Air, Colburn Electric Company, and/or Colburn Aircom),<br><br>          Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 4:21-cv-00010-CVE-SH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff James Robertson ("Plaintiff"), on behalf of himself and the eight (8) Opt-in Plaintiffs ("Opt-in Plaintiffs") in the above-captioned lawsuit, hereby agrees and stipulates that this action is hereby dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Defendant Colburn Electric, LLC (a/k/a Colburn Air, Colburn Electric Company, and/or Colburn Aircom) ("Defendant") consents to this Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) as shown by the signature of its counsel below.

Plaintiff and Opt-in Plaintiffs (collectively "Plaintiffs") and Defendant, through their respective attorneys, have reached a resolution of the bona fide disputes in the above-captioned Fair Labor Standards Act lawsuit. The resolution of bona fide disputes applies only to Plaintiff and the eight (8) Opt-in Plaintiffs, on the one hand, and Defendant, on the other hand. No party to this lawsuit is an infant or incompetent individual. Plaintiffs and Defendant (collectively the "Parties") respectfully submit that judicial approval of that resolution is not required pursuant to *Lawson v. Procare CRS, Inc.,* 18-CV-00248-TCK-JFJ, 2019 WL 112781 (N.D. Okla. Jan. 4, 2019).

By the signatures of their counsel below, the Parties hereby dismiss all claims and/or

counterclaims in the above-captioned lawsuit with prejudice with the respective Parties bearing their own court costs and attorney's/attorneys' fees except as otherwise agreed by the Parties.

This stipulation is effective upon filing of this document and no Court order is required pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

Date: November 10, 2022.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| s/ *Allen R. Vaught* | s/ *Kevin P. Doyle* |
| Allen R. Vaught | Kevin P. Doyle, OBA No. 13269 |
| TX Bar No. 24004966 | Robert J. Winter, OBA No. 16754 |
| Vaught Firm, LLC | Alex R. Telarik, OBA No. 32521 |
| 1910 Pacific Avenue, Suite 9150 | PRAY WALKER, P.C. |
| Dallas, Texas 75201 | 100 West Fifth Street, Suite 900 |
| Telephone: (972) 707-7816 | Tulsa, OK 74103 |
| Fax: (972) 591-4564 | Tel: 918-581-5500 |
| avaught@txlaborlaw.com | Fax: 918-581-5599 |
| | Email: kdoyle@praywalker.com |
| Michael P. Taubman | rwinter@praywalker.com |
| Oklahoma Bar No. 20352 | atelarik@praywalker.com |
| Welsh & McGough, PLLC | |
| 2727 East 21st Street, Suite 600 | **ATTORNEYS FOR DEFENDANT** |
| Tulsa, Oklahoma 74114 | **COLBURN ELECTRIC, LLC** |
| (918) 585-8600 – Telephone | |
| (918) 794-4411 – Facsimile | |
| as Local Counsel for Vaught Firm, LLC | |

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiffs and Defendant conferred on the subject matter of this document on November 10, 2022, and counsel for Defendant indicated that Defendant agrees with the filing of this document.

s/Allen R. Vaught
Allen R. Vaught

3

## CERTIFICATE OF SERVICE

      On November 10, 2022, I electronically submitted the foregoing document with the Clerk of Court for the United States District Court, Northern District of Oklahoma, using the CM/ECF method. I certify that I have served all counsel of record electronically.

                                                    s/Allen R. Vaught
                                                    Allen R. Vaught