IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) James Robertson, on Behalf of Himself and<br>2) All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>1) Colburn Electric, LLC (a/k/a Colburn Air,<br>Colburn Electric Company, and/or Colburn<br>Aircom),<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§     Case No. 4:21-cv-00010-CVE-SH |

**PLAINTIFF'S AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE**

In accordance with the Court's Order (ECF 46), Plaintiff James Robertson ("Plaintiff") files this Amended Stipulation of Dismissal with Prejudice.

Plaintiff, on behalf of himself and all Opt-in Plaintiffs in this lawsuit (who are identified below), hereby agrees and stipulates that this action is hereby dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Defendant Colburn Electric, LLC (a/k/a Colburn Air, Colburn Electric Company, and/or Colburn Aircom) ("Defendant") consents to this Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) as shown by the signature of its counsel below.

The Court has correctly noted that nine (9) Consents to Join ("CTJs") were filed in this case. However, it appears a CTJ was erroneously filed *twice* for Opt-in Plaintiff Leonard Dale Boren, Jr. (a/k/a Leonard Dale Boren). (*See* ECF 11-1 and 25-1). As a result, while the docket shows nine (9) Opt-in CTJs being filed, there are only eight (8) Opt-in Plaintiffs. The Opt-in Plaintiffs and the corresponding CM/ECF numbers for their respective CTJs are as follows:

1. Ryan Scott, ECF 4-1,
2. Leon Quinn, ECF 4-2,

3. Aaron Farris, ECF 8-1,

4. Michael Wallin, ECF 9-1,

5. Michael Boswell, ECF 10-1

6. Leonard Dale Boren, Jr., ECF 11-1 & ECF 25-1,

7. Christopher Robinson, ECF 21-1, and

8. Seth McCrary, ECF 26-1.

Plaintiff and Opt-in Plaintiffs (collectively "Plaintiffs") and Defendant, through their respective attorneys, have reached a resolution of the bona fide disputes in the above-captioned Fair Labor Standards Act lawsuit. The resolution of bona fide disputes applies only to Plaintiff and the eight (8) Opt-in Plaintiffs, on the one hand, and Defendant, on the other hand. No party to this lawsuit is an infant or incompetent individual. Plaintiffs and Defendant (collectively the "Parties") respectfully submit that judicial approval of that resolution is not required pursuant to *Lawson v. Procare CRS, Inc.,* 18-CV-00248-TCK-JFJ, 2019 WL 112781 (N.D. Okla. Jan. 4, 2019).

By the signatures of their counsel below, the Parties hereby dismiss all claims and/or counterclaims in the above-captioned lawsuit with prejudice with the respective Parties bearing their own court costs and attorney's/attorneys' fees except as otherwise agreed by the Parties.

This stipulation is effective upon filing of this document and no Court order is required pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

Date: November 16, 2022.

[SIGNATURE PAGE FOLLOWS]

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| s/ *Allen R. Vaught* | s/ *Kevin P. Doyle* |
| Allen R. Vaught | Kevin P. Doyle, OBA No. 13269 |
| TX Bar No. 24004966 | Robert J. Winter, OBA No. 16754 |
| Vaught Firm, LLC | Alex R. Telarik, OBA No. 32521 |
| 1910 Pacific Avenue, Suite 9150 | PRAY WALKER, P.C. |
| Dallas, Texas 75201 | 100 West Fifth Street, Suite 900 |
| Telephone: (972) 707-7816 | Tulsa, OK 74103 |
| Fax: (972) 591-4564 | Tel: 918-581-5500 |
| avaught@txlaborlaw.com | Fax: 918-581-5599 |
| | Email: kdoyle@praywalker.com |
| Michael P. Taubman | rwinter@praywalker.com |
| Oklahoma Bar No. 20352 | atelarik@praywalker.com |
| Welsh & McGough, PLLC | |
| 2727 East 21st Street, Suite 600 | **ATTORNEYS FOR DEFENDANT** |
| Tulsa, Oklahoma 74114 | **COLBURN ELECTRIC, LLC** |
| (918) 585-8600 – Telephone | |
| (918) 794-4411 – Facsimile | |
| as Local Counsel for Vaught Firm, LLC | |

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiffs and Defendant conferred on the subject matter of this document on November 16, 2022, and counsel for Defendant indicated that Defendant agrees with the filing of this document.

s/Allen R. Vaught
Allen R. Vaught

## CERTIFICATE OF SERVICE

On November 16, 2022, I electronically submitted the foregoing document with the Clerk of Court for the United States District Court, Northern District of Oklahoma, using the CM/ECF method. I certify that I have served all counsel of record electronically.

s/Allen R. Vaught
Allen R. Vaught